**Garnet MORSE, Plaintiff–Appellant,**

v.

**Donna E. SHALALA,[1] Secretary of Health and Human Services of the United States, Defendant–Appellee.**

**No. 93–1016.**

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 14, 1993.

Decided Feb. 14, 1994.

Before MAGILL, Circuit Judge, LAY and BRIGHT, Senior Circuit Judges.

**ORDER**

The opinion in the above entitled matter is hereby ordered VACATED. The court will file an amended opinion in the immediate future which will allow the parties to file anew petitions for rehearing or petitions for rehearing en banc and any responses thereto.

IT IS SO ORDERED.